■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD ALLEN, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HOWELL, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person and for other relief denied.

■ In the Matter of MARTIN X. SOSTRE, Appellant, v. PAUL D. McGINNIS, as Commissioner of Correction et al., Respondents.— Motion to prosecute appeal as a poor person and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD B. BROWN, Appellant.— Motion to prosecute appeal as a poor person and for other relief denied. Memorandum: The claims asserted by the appellant may not be made the basis of any relief in *coram nobis*.